# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 15, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

156192(28)

HOME-OWNERS INSURANCE COMPANY,
　　　Plaintiff/Counterdefendant-Appellant,

v

ADVANCED FARM EQUIPMENT, LLC,
　　　　　Defendant/Cross-Defendant-Appellee,
and

BURLINGTON INSURANCE COMPANY,
　　　　　Defendant/Counterplaintiff/
　　　　　Cross-Plaintiff-Appellee
and

KYLE LENNARD, STEFANI LENNARD, and
LENNARD AG COMPANY,
　　　　　Intervening Defendants-Appellees.
_____/

SC: 156192
COA: 336464
Montcalm CC: 2015-020669-CK

　　　On order of the Chief Justice, the motion of plaintiff/counterdefendant-appellant to extend the time for filing its reply is GRANTED. The reply submitted on September 13, 2017, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 15, 2017



Clerk